UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| NORBERT PATRICK KIDD, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 4:11-cv-039-SEB-WGH |
| CORPORAL VICK FAY, | ) ) ) | |
| Defendant. | ) ) | |

### Entry and Order Directing Dismissal of Action

This civil rights action brought by an inmate of an Indiana county jail is **dismissed without prejudice** because the complaint is essentially illegible, the filing fee has not been paid, no request to proceed *in forma pauperis* has been submitted, and it is difficult to imagine what could be actionable in this case which is not already asserted in *Kidd v. Kreinhop, et al.,* 4:11-cv-20-SEB-WGH, *Kidd v. Blankenship, et al.,* 4:11-cv-22-SEB-WGH, and *Kidd v. McGownd, et al.,* 4:11-cv-27-TWP-WGH.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 04/27/2011

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana